THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE 
 CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 
 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
Matthew S. Harris,       
Petitioner,
 
 
 

v.

 
 
 
State of South Carolina,       
Respondent.
 
 
 

ON WRIT OF CERTIORARI

Appeal From Lexington County
William P. Keesley, Trial Judge
James R. Barber, III, PCR Judge

Memorandum Opinion No. 2004-MO-066
Submitted October 20, 2004  Filed November 
 22, 2004

DISMISSED AS IMPROVIDENTLY
GRANTED

 
 
 
Assistant Appellate Defender Aileen P. Clare, of Columbia, for Petitioner.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John 
 W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, and Assistant 
 Attorney General Elizabeth R. McMahon, all of Columbia, for Respondent.
 
 
 

PER CURIAM:  We granted a writ of certiorari to review the denial of 
 Petitioners application for post-conviction relief.  After careful review of 
 the Appendix and briefs, the writ of certiorari is
DISMISSED AS IMPROVIDENTLY GRANTED.
 TOAL, C.J., MOORE, WALLER, BURNETT and PLEICONES, JJ., concur.